## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **JAIMIE L. HOOVER,** | CASE NO. 3:25 CV 2543 |
| Plaintiff, | |
| v. | JUDGE JAMES R. KNEPP II |
| **COMMISSIONER OF SOCIAL SECURITY,** | **MEMORANDUM OPINION AND** |
| Defendant. | **ORDER** |

Plaintiff Jaimie L. Hoover seeks judicial review of an adverse social security decision under 42 U.S.C. § 405(g). This case was referred to Magistrate Judge James E. Grimes, Jr. for a Report and Recommendation ("R&R") under Local Civil Rule 72.2(b)(1). Judge Grimes recommends this Court affirm the Commissioner's final decision. (Doc. 13).

Under the relevant statute:

> Within fourteen days after being served with a copy [of a Magistrate Judge's R&R], any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(2). The failure to file timely written objections to a Magistrate Judge's R&R constitutes a waiver of *de novo* review by the district court of any issues covered in the R&R. *See Thomas v. Arn*, 728 F.2d 813, 814-15 (6th Cir. 1984) (citing *United States v. Walters*, 638 F.2d 947, 950 (6th Cir. 1981)).

In this case, the fourteen-day time period has passed and no objections have been filed.[1]

---

1. The R&R in this case was issued on June 5, 2026. *See* Doc. 13. And the R&R itself stated, in accordance with 28 U.S.C. § 636(b)(1), that any objections thereto must be filed within fourteen days after the party objecting had been served. *Id.* at 31. Plaintiff here is represented by counsel

Despite the lack of objections, the Court has reviewed Judge Grimes's R&R and agrees with the findings and recommendation therein. Therefore, the Court ADOPTS Judge Grimes's R&R (Doc. 13) as the Order of this Court and AFFIRMS the Commissioner's final decision.

IT IS SO ORDERED.

 s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

Dated: June 24, 2026

---

and thus was served, by virtue of the Court's electronic filing system, on the date the R&R was filed. Fourteen days after the date of the R&R (Friday, June 5, 2026) was Friday, June 19, 2026. The docket entry accompanying the R&R in this case, however, stated "Objections to Report and Recommendation due by 06/22/26.". Regardless of any inconsistency, both deadlines have now expired.